**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR93-109-01L** **DATE: June 17, 2005**

**TITLE: USA v. Anthony McKinney**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Stephen Dambruch, AUSA
Ed Roy, Esq.
David Borelli, Probation Officer

**PROCEEDINGS:**

Probation Violation Hearing:

Court reads violations.
Deft understands violations.
Deft informed of rights and waives hearing.
Deft admits violations with explanations.
Govt addresses the Court.
Deft Counsel addresses the Court.
Attorneys recommend sentence.
Govt requests detention.
Deft Counsel requests bail.
Deft remanded to custody.
Document to be submitted by Deft Counsel.
Court takes under advisement.
R&R to follow.