AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA

V.

Anthony McKinney

## WARRANT FOR ARREST

Case Number: 93-109-01L

RECEIVED
JUN 14 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Anthony McKinney
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition x Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

See Attached

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara J. Gilfillan
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Providence, RI 6/14/05
Date and Location

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at U.S. Courthouse

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/14/2005 | Brian McDonald DUSM | |
| DATE OF ARREST 06/17/2005 | | |