# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER:** **93-0109-01L** **DATE:** **August 3, 2005**

**TITLE OF CASE:** **USA v. Anthony McKinney**

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK: James E. Webb

COURT REPORTER: Joseph Fontes

COURT INTERPRETER: ______________________

PROBATION OFFICER: David Borelli

COURT TIME: START ____________ END ____________

---

Sentencing: on Probation violation

Atty for gov't Adi Golstein, Esq.

Atty for Deft Kevin Fitzgerald, Esq.

Sentence:

Term of imprisonment of 9 months

no further sentence imposed