# United States District Court
## District of Rhode Island

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ANTHONY MCKINNEY** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   1:93CR00109-001L<br><br>USM Number:   039039-070<br><br>**Kevin Fitzgerald, Esq.**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of condition(s) **Standard Condition, Condition 2 and 3** of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]  The defendant has not violated condition(s) _ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | **August 3, 2005**<br>Date of Imposition of Sentence |
| Defendant's Date of Birth: | |
| Defendant's Residence Address:<br>**Donald W. Wyatt Detention Center**<br>**950 High Street**<br>**Central Falls, Rhode Island** | Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**Donald W. Wyatt Detention Center**<br>**950 High Street**<br>**Central Falls, Rhode Island** | **RONALD R. LAGUEUX**<br>**Senior United States District Judge**<br>Name & Title of Judicial Officer<br><br>9/6/05<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 2

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:93CR00109-001L | |
| DEFENDANT: | ANTHONY MCKINNEY | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition | The defendant shall refrain from any unlawful use of a controlled substance. | November 4, 2004, February 22, March 15, March 30, and May 17, 2005. |
| Condition #2 | The defendant shall submit a truthful and complete written report within the first five days of each month. | July 5, September 5, October 5, November 5, December 5, 2004, January 5, March 5, and May 5, 2005. |
| Condition #3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | January 20, 2005. |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:93CR00109-001L | Judgment - Page 3 of 3 |
| DEFENDANT: | ANTHONY MCKINNEY | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 months.**

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal